UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CARMELLE DANNEMAN,

                      Plaintiff,

-v-

YOSEF GERSZBERG,

                      Defendant.

No. 17-cv-8019 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff commenced this action on October 18, 2017. (Doc. No. 1.) On December 5, 2017, Plaintiff filed an affidavit of service indicating that she had served the complaint on Defendant on November 29, 2017. (Doc. No. 8.) To date, Defendant has not answered the complaint, and the deadline to do so has expired. On January 18, 2018, the Clerk of Court entered a Certificate of Default. (Doc. No. 12.) The Court is now in receipt of a submission from Plaintiff requesting that the Court enter a default judgment against Defendant.

    Accordingly, IT IS HEREBY ORDERED THAT, by January 25, 2018, Plaintiff shall serve Defendant with a copy of this Order and the supporting papers, file a certificate of service on ECF indicating that this service was effectuated, and docket the supporting papers on ECF. Defendant shall thereafter file a notice of appearance through ECF.

    IT IS FURTHER ORDERED THAT Defendant shall respond in writing to Plaintiff's submission no later than February 7, 2018.

    IT IS FURTHER ORDERED THAT the parties shall appear for a hearing on Thursday, February 15, 2018, at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York, at which time Defendant shall show cause why a default judgment should not be entered against him in this action.

SO ORDERED.

Dated:    January 19, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE