UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELLE DANNEMAN,<br><br>                    Plaintiff,<br><br>         -against-<br><br>YOSEF GERSZBERG,<br><br>                    Defendant. | Case No. 1:17-cv-08019 |

# **CERTIFICATE OF SERVICE**

I, Adam Elewa, an attorney duly licensed to practice law in the State of New York and before this Court, hereby certify that:

1. I am an associate with the Law Office of Zachary Margulis-Ohnuma, attorneys for plaintiff Carmelle Danneman in the above-captioned case, and I am familiar with the facts and circumstances of this action.

2. I am not a party to the above-captioned case, I am over 18 years of age, and I reside in Brooklyn, New York.

3. On January 22, 2018, I served the following papers upon defendant, Yosef Gerszberg, and possible attorney for Mr. Gerszberg, Zachary Goldman:

    a. Order to Show Cause dated January 19, 2018 (ECF No. 13);

    b. Clerk's Certificate of Default (ECF No. 12);

    c. Attorney Affirmation in Support of Order to Show Cause for Default Judgment Against Defendant Yosef Gerszberg, with Exhibits A and B attached, dated January 18, 2018 (ECF No. 14);

1

    d. Affidavit of Service on Yosef Gerszberg dated December 1, 2017 (ECF No. 8);

    e. Verified Complaint of Plaintiff Carmelle Danneman (ECF No. 2).

    f. Summons for Mr. Gerszberg dated October 18, 2017 (ECF No. 7); and

    g. Proposed Default Judgment as to Defendant Yosef Gerszberg (ECF No. 14 Attachment No. 3).

4. The foregoing papers were mailed via Federal Express on January 22, 2018, which is valid service under Fed. R. Civ. P. 5(b)(2)(C)(permitting service of papers by "mailing it to [defendant's] last known address") and N.Y. C.P.L.R. § 2103(c)(same), to the following last known addresses:

    a. Yosef Gerszberg, 229 Chestnut St Englewood, NJ 07631.

    b. Zachary A. Goldman, Nagel Rice, LLP, 103 Eisenhower Parkway Roseland, New Jersey 07068.

5. Thus service was completed with regard to the foregoing individuals on January 22, 2018. *See* Fed. R. Civ. P. 5(b)(2)(C) ("service is complete upon mailing").

Dated: New York, New York
January 22, 2018

                         LAW OFFICE OF ZACHARY MARGULIS-OHNUMA

                         BY: s/Adam Elewa_____
                         Adam Elewa
                         260 Madison Avenue, 17th Floor
                         New York, NY 10016
                         (212) 685-0999
                         *Attorneys for Plaintiff Carmelle Danneman*