UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELLE DANNEMAN,<br><br>      Plaintiff,<br><br>  -against-<br><br>YOSEF GERSZBERG,<br><br>      Defendant. | Case No. 1:17-cv-08019 |

# CERTIFICATE OF SERVICE

I, Adam Elewa, an attorney duly licensed to practice law in the State of New York and before this Court, hereby certify that:

1. I am an associate with the Law Office of Zachary Margulis-Ohnuma, attorneys for plaintiff Carmelle Danneman in the above-captioned case, and I am familiar with the facts and circumstances of this action.

2. I am not a party to the above-captioned case, I am over 18 years of age, and I reside in Brooklyn, New York.

3. On March 13, 2018, I served the following papers upon defendant, Yosef Gerszberg a/k/a Surab Bilich:

    a. Order Granting Service of Process by Alternative Means dated March 7, 2018 (ECF No. 18);

    b. First Amended Complaint filed on March 8, 2018 (ECF No. 19); and

    c. Amended Summons for Yosef Gerszberg a/k/a Surab Bilich dated March 13, 2018 (ECF No. 22).

1

4. The foregoing documents were mailed via U.S. mail to Yosef Gerszberg a/k/a Surab Bilich *care of* Epstein Ostrove, LLC, 200 Metroplex Drive, Suite 304, Edison, New Jersey 08817, attorneys for Seth Gerszberg.

5. The documents were also sent via email to the lead partners of Epstein Ostrove, LLC, Elliot Ostrove and Daniel "Donny" Epstein.

6. Lastly, Annie Flom, a paralegal with our office, called the defendant at the -6237 number and left a voice mail message informing the defendant that an amended complaint and summons were served on his father's lawyers at Epstein Ostrove, LLC, and that he has 21 days to file and answer or otherwise respond to our complaint.

7. The foregoing means of service is valid pursuant to this Court's order granting service of process by alternative means. *See* ECF No. 18.

8. Service was thus completed with regard to defendant on March 13, 2018.

Dated: New York, New York
March 13, 2018

LAW OFFICE OF ZACHARY MARGULIS-OHNUMA

BY: s/Adam Elewa_____
Adam Elewa
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 685-0999
*Attorneys for Plaintiff Carmelle Danneman*

2